### 39712.   LAW v. THE STATE.

FRANKUM, Judge.   The defendant's guilt of larceny of an automobile being wholly dependent upon the inference arising from the possession of a part of the stolen automobile after the theft, and this possession being shown by uncontradicted and unimpeached testimony to be consistent with his innocence, the verdict was contrary to the evidence, and a new trial should have been granted. *King v. State*, 99 Ga. 686 (26 SE 480, 59 ASR 251); *Williams v. State*, 125 Ga. 268 (54 SE 166); *Hampton v. State*, 6 Ga. App. 778 (65 SE 816); *Gibbs v. State*, 8 Ga. App. 107 (68 SE 742); *Brooks v. State*, 21 Ga. App. 661 (94 SE 810); *Slaughter v. State*, 24 Ga. App. 428 (100 SE 774); *Denson v. State*, 26 Ga. App. 427 (106 SE 732); *Willis v. State*, 33 Ga. App. 352 (126 SE 303).

*Judgment reversed.   Nichols, P. J., and Jordan, J., concur.*

DECIDED OCTOBER 24, 1962.

*George G. Finch,* for plaintiff in error.
*Paul Webb, Solicitor General, Eugene L. Tiller,* contra.